JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAE SHANEE MALDONADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASUCION JOHNSON, et al.,<br><br>　　　　Defendants. | Case No. 2:19-cv-08013-JVS-SP<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed with prejudice and without leave to amend.

Dated: November 5, 2022

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE